DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM E. WENSEL, JR.,**
Appellant,

v.

**VICTORIA M. LATHROP,**
Appellee.

No. 4D2025-3519

[July 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Richard Levenson, Judge; L.T. Case No. 062023CA014312AXXXCE.

Daren Stabinski of Daren Stabinski, P.A., Fort Lauderdale, for appellant.

Edward F. Holodak of Edward F. Holodak, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

SHEPHERD and LOTT, JJ., and COATES JR., HOWARD K., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***